AO 10
Rev. 1/2015

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2015

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Eifert, Cheryl A. | 2. Court or Organization<br><br>District Court - West Virginia | 3. Date of Report<br><br>05/10/2016 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Magistrate Judge (FT) | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☐   Amended Report | 6. Reporting Period<br><br>01/01/2015<br>to<br>12/31/2015 |

**7. Chambers or Office Address**

Sidney L. Christie Federal Building
845 Fifth Avenue, Room 109
Huntington, West Virginia 25701

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ **NONE** *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Eifert, Cheryl A. | 05/10/2016 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2015 | Offutt, Nord & Burchett, PLLC ( Member, Self-Employed Attorney) |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Offutt, Nord and Burchett, PLLC Retirement Plan | 401(k) loan secured by vested interest | K |
| 2. | John Deere | Loan secured by John Deere tractor purchased during 2015 | J |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Eifert, Cheryl A. | 05/10/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Fifth Third Bank Accounts | A | Interest | M | T | | | | | |
| 2. Chase Bank Account | A | Interest | J | T | | | | | |
| 3. BB&T Bank Account | A | Interest | J | T | | | | | |
| 4. Northwestern Mutual Life - 6 Whole Life Policies | E | Dividend | N | T | | | | | |
| 5. WV Smart 529 Plan #1- 16 to 17 Age Based Strategy | | None | L | T | | | | | |
| 6. | | None | | | Distributed (part) | 07/06/15 | J | | |
| 7. WV Smart 529 Plan #2 - 9 to 13 Age Based Strategy | | None | L | T | | | | | |
| 8. | | None | | | Buy (add'l) | 07/10/15 | J | | |
| 9. | | None | | | Buy (add'l) | 09/10/15 | J | | |
| 10. Mineral Rights, Calhoun Cty., WV | A | Royalty | J | W | | | | | |
| 11. Offutt, Nord & Burchett, PLLC Retirement Plan #1 | | | | | | | | | |
| 12. - Voya Agg. Bond Prt 1 (formerly ING Pimco Total Return Portfolio 1) | | None | | | Sold | 08/14/15 | K | | |
| 13. - Voya IntermediateBond Port 1 | | None | K | T | Buy | 08/14/15 | K | | |
| 14. - Voya (formerly ING) Solution Income Portfolio Adv. | | None | K | T | | | | | |
| 15. - Voya (formerly ING) Solution 2055 Portfolio Adv. | | None | K | T | | | | | |
| 16. - American Funds Income Fund R3 | | None | K | T | | | | | |
| 17. - Vanguard VIF Diversified Value Portfolio | | None | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. - Voya (formerly ING) Russell Lrg Cap Index Port 1 | | None | K | T | | | | | |
| 19. - American Funds Growth Fnd R3 | | None | K | T | | | | | |
| 20. - Wanger Select | | None | | | Sold | 07/15/15 | K | | |
| 21. - VY TRowePrice Divr MdCp Gr Pt 1 | | None | K | T | Buy | 07/15/15 | K | | |
| 22. - VY TRowePrice Divr MdCp Gr Pt 1 | | None | K | T | | | | | |
| 23. - American Funds Europacific R3 | | None | J | T | | | | | |
| 24. Northwestern Mutual Variable Annuity | | | | | | | | | |
| 25. - Equity Income (MSA/T Rowe Price) B | | None | J | T | Sold | 06/01/15 | J | | |
| 26. | | | | | Buy | 06/01/15 | J | | |
| 27. | | | | | Sold (part) | 11/30/15 | J | | |
| 28. | | | | | Sold | 12/01/15 | J | | |
| 29. | | | | | Buy | 12/01/15 | J | | |
| 30. - Index 500 Stock (MSA) B | | None | J | T | Sold | 06/01/15 | J | | |
| 31. | | | | | Buy | 06/01/15 | J | | |
| 32. | | | | | Sold (part) | 11/30/15 | J | | |
| 33. | | | | | Sold | 12/01/15 | J | | |
| 34. | | | | | Buy | 12/01/15 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Eifert, Cheryl A. | 05/10/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. - Mid-Cap Value (MSA/American Century) B | | None | J | T | Sold | 06/01/15 | J | | |
| 36. | | | | | Buy | 06/01/15 | J | | |
| 37. | | | | | Sold (part) | 11/30/15 | J | | |
| 38. | | | | | Sold | 12/01/15 | J | | |
| 39. | | | | | Buy | 12/01/15 | J | | |
| 40. -Small Cap Value (MSA/T Rowe Price) B | | None | J | T | Sold | 06/01/15 | J | | |
| 41. | | | | | Buy | 06/01/15 | J | | |
| 42. | | | | | Sold (part) | 11/30/15 | J | | |
| 43. | | | | | Sold | 12/01/15 | J | | |
| 44. | | | | | Buy | 12/01/15 | J | | |
| 45. - International Equity (MSA/ Franklin Tmpl) B | | None | J | T | Sold | 06/01/15 | K | | |
| 46. | | | | | Buy | 06/01/15 | J | | |
| 47. | | | | | Sold (part) | 11/30/15 | J | | |
| 48. | | | | | Sold | 12/01/15 | J | | |
| 49. | | | | | Buy | 12/01/15 | J | | |
| 50. - Select Bond (MSA/Wells Capital Management) B | | None | L | T | Sold | 06/01/15 | L | | |
| 51. | | | | | Buy | 06/01/15 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Eifert, Cheryl A. | 05/10/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Sold (part) | 11/30/15 | K | | |
| 53. | | | | | Sold | 12/01/15 | L | | |
| 54. | | | | | Buy | 12/01/15 | L | | |
| 55. - Russell Core Bond - B | None | K | T | | Sold | 06/01/15 | L | | |
| 56. | | | | | Buy | 06/01/15 | L | | |
| 57. | | | | | Sold (part) | 11/30/15 | J | | |
| 58. | | | | | Sold | 12/01/15 | K | | |
| 59. | | | | | Buy | 12/01/15 | K | | |
| 60. - High Yield Bond (MSA/Federated Inv.) B | None | J | T | | Sold | 06/01/15 | J | | |
| 61. | | | | | Buy | 06/01/15 | J | | |
| 62. | | | | | Sold (part) | 11/30/15 | J | | |
| 63. | | | | | Sold | 12/01/15 | J | | |
| 64. | | | | | Buy | 12/01/15 | J | | |
| 65. - Equity Income (MSA/T Rowe Price) A | None | J | T | | Buy | 11/30/15 | J | | |
| 66. | | | | | Sold | 12/01/15 | J | | |
| 67. | | | | | Buy | 12/01/15 | J | | |
| 68. - Index 500 Stock (MSA) A | None | J | T | | Buy | 11/30/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Eifert, Cheryl A. | 05/10/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Sold | 12/01/15 | J | | |
| 70. | | | | | Buy | 12/01/15 | J | | |
| 71.   - Mid-Cap Value (MSA/American Century) A | None | J | T | | Buy | 11/30/15 | J | | |
| 72. | | | | | Sold | 12/01/15 | J | | |
| 73. | | | | | Buy | 12/01/15 | J | | |
| 74.   -Small Cap Value (MSA/T Rowe Price) A | None | J | T | | Buy | 11/30/15 | J | | |
| 75. | | | | | Sold | 12/01/15 | J | | |
| 76. | | | | | Buy | 12/01/15 | J | | |
| 77.   - International Equity (MSA/ Franklin Tmpl) A | None | J | T | | Buy | 11/30/15 | J | | |
| 78. | | | | | Sold | 12/01/15 | J | | |
| 79. | | | | | Buy | 12/01/15 | J | | |
| 80.   - Select Bond (MSA/Wells Capital Management) A | None | K | T | | Buy | 11/30/15 | K | | |
| 81. | | | | | Sold | 12/01/15 | K | | |
| 82. | | | | | Buy | 12/01/15 | K | | |
| 83.   - Russell Core Bond - A | None | J | T | | Buy | 11/30/15 | J | | |
| 84. | | | | | Sold | 12/01/15 | J | | |
| 85. | | | | | Buy | 12/01/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Eifert, Cheryl A. | 05/10/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. - High Yield Bond (MSA/Federated Inv.) A | | None | J | T | Buy | 11/30/15 | J | | |
| 87. | | | | | Sold | 12/01/15 | J | | |
| 88. | | | | | Buy | 12/01/15 | J | | |
| 89. Northwestern Mutual Fixed Annuity - Rollover IRA | | None | N | T | | | | | |
| 90. Northwester Mutual Fixed Retirement Annuity #1 - Rollover | | None | M | T | | | | | |
| 91. Northwestern Mutual Investment Account | | | | | | | | | |
| 92. - General Money Market Fund Class B | A | Interest | J | T | | | | | |
| 93. - American Century Intermediate-Term Tax Free Bond Fund | A | Int./Div. | J | T | Sold (part) | 04/06/15 | J | A | |
| 94. - Dodge & Cox International Fund | A | Int./Div. | J | T | Sold (part) | 04/06/15 | J | A | |
| 95. - Europacific Growth Fund Class F | A | Int./Div. | J | T | Sold (part) | 04/06/15 | J | A | |
| 96. - Fidelity Advisor New Insights Fund Class I | A | Int./Div. | J | T | Sold (part) | 04/06/15 | J | A | |
| 97. - Fidelity Advisor Limited Term Muni Income Fund Class 1 | A | Int./Div. | J | T | Sold (part) | 04/06/15 | J | A | |
| 98. - Fidelity Advisor Intermediate Muni Income Fund Class 1 | A | Int./Div. | J | T | Sold (part) | 04/06/15 | J | A | |
| 99. - Franklin Federal Intermediate-Term Tax Free Income Fund | A | Int./Div. | J | T | Sold (part) | 04/06/15 | J | A | |
| 100. - John Hancock Disciplined Value Mid Cap Fund Class 1 | A | Int./Div. | J | T | Sold (part) | 04/06/15 | J | A | |
| 101. - MFS Value Fund Class 1 | A | Int./Div. | J | T | Sold (part) | 04/06/15 | J | A | |
| 102. - New World Fund Class F | A | Int./Div. | J | T | Sold (part) | 04/06/15 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Eifert, Cheryl A. | 05/10/2016 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. - T-Rowe Price Tax Free High Yield | A | Int./Div. | J | T | Sold (part) | 04/06/15 | J | A | |
| 104. - T-Rowe Price Real Estate | A | Int./Div. | J | T | Sold (part) | 04/06/15 | J | A | |
| 105. - Vanguard Limited-Term Tax Exempt Fund | A | Int./Div. | J | T | Sold (part) | 04/06/15 | J | A | |
| 106. Northwestern Mutual Fixed Retirement Annuity #2 - Rollover | | None | M | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Eifert, Cheryl A. | 05/10/2016 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, Line 4 - Premiums paid for 2015 equal $27,890.

Part VII, Lines 11-23 - Because 401-k deferrals and employer matches were deposited monthly, amounts were invested in these securities each month.

Part VII, Line 10 - Royalties received from the DD Oil Company and from Offutt #2.

Part VII, Lines 24, 89, and 90 - The account descriptions have been updated.

Part VII, Lines 90 and 106 - The investment on line 90 has been historically reported as "NML Fixed Retirement Annuity - Rollover IRA." As per above, the description to line 90 has been updated. Also, in past reports the investment reported on this line contained two fixed retirement annuities. Line 106 was added so that the two fixed annuities could be reported separately.

| Name of Person Reporting | Date of Report |
|---|---|
| Eifert, Cheryl A. | 05/10/2016 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  s/ **Cheryl A. Eifert**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544